1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Assistant Federal Defender
3  SONIA ZAHEER
   Certified Student Attorney
4  Designated Counsel for Service
   801 "I" Street, 3rd Floor
5  Sacramento, CA 95814

6  Attorney for Defendant
   MARY E. HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:15-CR- 0008-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) TRIAL-CONFIRMATION HEARING AND |
| v. | ) JURY TRIAL DATES AND SET FOR |
| | ) CHANGE OF PLEA AND SENTENCING, AND |
| MARY E. HAWKINS, | ) EXCLUDE TIME UNDER THE SPEEDY |
| | ) TRIAL ACT |
| Defendant. | ) |
| | ) DATE: March 18, 2015 |
| | TIME: 9:00 a.m. |
| | JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, LAURA HUGGINS, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant, MARY E. HAWKINS, and Certified Student Attorney, SONIA ZAHEER, that the Court vacate the trial confirmation hearing date of February 25, 2015 at 9:00 a.m., and jury trial date of March 16, 2015 at 9:00 a.m. and set a change of plea hearing on March 18, 2015 at 9:00 a.m.

Additionally, because Count One of the Information, 18 U.S.C. § 13 and C.V.C § 14601.1(a) –Driving When Privilege Suspended—alleges a Class A misdemeanor, the parties request that this case proceed accordingly, and that the time period from the date of the defendant's initial appearance and arraignment, January 13, 2015, through and including the

proposed date for change of plea and sentencing, March 18, 2015, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation and finalizing the terms of the plea agreement. Therefore, the parties stipulate that the Court shall find that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  February 23, 2015            Respectfully submitted,
                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Linda Harter*
                                     LINDA HARTER
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     MARY E. HAWKINS

Dated: February 23, 2015             BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Laura Huggins*
                                     LAURA HUGGINS
                                     Special Assistant United States Attorney
                                     Attorney for Plaintiff

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial confirmation hearing presently set for February 25, 2015, at 9:00 a.m., and the trial set for March 16, 2015, at 9:00 a.m., be vacated, and that a change of plea and sentencing date be set for March 18, 2015, at 9:00 a.m.

It is further ordered that the time period from the date of the defendant's initial appearance and arraignment, January 13, 2015, through and including the proposed date for change of plea and sentencing, March 18, 2015, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation and finalizing

the terms of the plea agreement.  The Court finds that (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated:  February 24, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE