1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 LINDA HARTER, #179741
Assistant Federal Defender
3 SONIA ZAHEER
Certified Student Attorney
Designated Counsel for Service
4 801 "I" Street, 3rd Floor
Sacramento, CA 95814
5

6 Attorneys for Defendant
MARY E. HAWKINS

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )   NO. 2:15-CR- 0008-KJN
                                    )
12                Plaintiff,        )   STIPULATION AND ORDER TO CONTINUE
                                    )   CHANGE OF PLEA AND SENTENCING
13       v.                         )   DATE, AND EXCLUDE TIME UNDER THE
                                    )   SPEEDY TRIAL ACT
14 MARY E. HAWKINS,                 )
                                    )   DATE:   April 8, 2015
15                Defendant.        )   TIME:   9:00 a.m.
                                    )   JUDGE: Hon. Kendall J. Newman
16

17

18        IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto

19 through their respective counsel, LAURA HUGGINS, Special Assistant United States Attorney,

20 attorney for Plaintiff, and LINDA HARTER, attorney for defendant, MARY E. HAWKINS, and

21 Certified Student Attorney, SONIA ZAHEER, that the Court continue the change of plea

22 hearing, currently scheduled for March 18, 2015 at 9:00 a.m., to April 8, 2015 at 9:00 a.m. Ms.

23 Hawkins requires this continuance as she is suffering from poor physical and mental health, and

24 is facing severe financial hardship.  These events were triggered by the death of her husband,

25 David Mojarro, on February 8, 2015.

26        Additionally, the parties agree that the time period from the date of the defendant's initial

27 appearance and arraignment, January 13, 2015, through and including the newly-proposed date

28

*U.S. v. Hawkins*                         -1-
   Stipulation and Order

1   for change of plea and sentencing, April 8, 2015, shall be excluded from computation of the time

2   within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to

3   18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4, to allow defense to prepare its case.

4   Therefore, the parties stipulate that the Court shall find that the ends of justice served by granting

5   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

6   Dated: March 16, 2015                          Respectfully submitted,
                                                    HEATHER E. WILLIAMS
7                                                   Federal Defender

8                                                   /s/ Linda Harter
                                                    LINDA HARTER
9                                                   Assistant Federal Defender
                                                    Attorney for Defendant
10                                                  MARY E. HAWKINS

11
    Dated: March 16, 2015                          BENJAMIN B. WAGNER
12                                                  United States Attorney

13                                                  /s/ Laura Huggins
                                                    LAURA HUGGINS
14                                                  Special Assistant United States Attorney
                                                    Attorney for Plaintiff
15

16
                                         **O R D E R**
17

18          The Court, having received, read, and considered the stipulation of the parties, and good

19   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

20          It is hereby ordered that the change of plea and sentencing date, currently set for March

21   18, 2015, at 9:00 a.m., be continued to April 8, 2015, at 9:00 a.m.

22          It is further ordered that the time period from the date of the defendant's initial

23   appearance and arraignment, January 13, 2015, through and including the newly-proposed date

24   for change of plea and sentencing, April 8, 2015, shall be excluded from computation of the time

25   within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to

26   18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4. The Court finds that (1) the failure to

27   grant the requested continuance in this case would deny defense counsel reasonable time

28   necessary for effective preparation, taking into account the exercise of due diligence; and (2) the

*U.S. v. Hawkins*                                -2-
Stipulation and Order

1    ends of justice served by the granting of such a continuance outweigh the best interests of the

2    public and the defendant in a speedy trial.

3    **IT IS SO ORDERED.**

4    Dated:  March 16, 2015

5

6    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*U.S. v. Hawkins*                     -3-
Stipulation and Order